**United States District Court**
For the Northern District of California

1

2

3

4

5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7

8 | DAVID D. HARRIS,                          No. C 09-2362 MHP (pr)

9 |          Petitioner,                      **ORDER OF DISMISSAL**

10 |      v.

11 | PEOPLE OF THE STATE OF
CALIFORNIA,

12

13 |          Respondent.
                                          /

14

15      This action was commenced when David D. Harris filed a "prayer for relief motion"

16 to challenge the sentence he received upon a 1999 conviction from the Alameda County

17 Superior Court for several sex offenses.  The court sent him a form notice, telling him he had

18 to file within thirty days a petition for writ of habeas corpus to commence the action.  Harris

19 then filed a request for an extension of time, stating that he needed extra time to file that

20 petition because he had been moved to a new prison.

21      This is not Harris' first challenge to his 1999 conviction.  He also challenged it in an

22 action filed in 2007, Harris v. Yates, No. C 07-808 MHP, that was dismissed on January 3,

23 2008, as untimely filed.  Harris did not appeal from the order of dismissal.

24      A second or successive petition may not be filed in this court unless the petitioner first

25 obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing

26 this court to consider the petition.  28 U.S.C. § 2244(b)(3)(A).

27      Harris has not obtained the necessary order from the Ninth Circuit permitting him to

28 file a second or successive petition.  This court will not entertain a new petition from Harris

1  until he first obtains permission from the Ninth Circuit to file such a petition.  This action is

2  DISMISSED without prejudice to Harris filing a petition in this court after he obtains the

3  necessary order from the Ninth Circuit.

4        If Harris wants to attempt to obtain the necessary order from the Ninth Circuit, he

5  should very clearly mark the first page of his document as a "MOTION FOR ORDER

6  AUTHORIZING DISTRICT COURT TO CONSIDER SECOND OR SUCCESSIVE

7  PETITION PURSUANT TO 28 U.S.C. § 2244(b)(3)(A)" rather than labeling it as a habeas

8  petition because the Ninth Circuit clerk's office is apt to simply forward to this court any

9  document labeled as a habeas petition.  He also should mail the motion to the Ninth Circuit

10  (at 95 Seventh Street, San Francisco, CA  94103), rather than to this court.  In his motion to

11  the Ninth Circuit, he should explain how he meets the requirements of 28 U.S.C. § 2244(b).

12        Harris' request for extension of time is DENIED.  (Docket # 4.)  There is no need for

13  him to file a habeas petition form in addition to his "prayer for relief motion" because the

14  petition (as well as the prayer for relief motion) cannot be entertained unless and until he

15  obtains permission from the Ninth Circuit.

16        The clerk shall close the file.

17        IT IS SO ORDERED.

18  DATED: July 1, 2009

19                                                    Marilyn Hall Patel
                                                     United States District Judge

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2