United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. HARRIS, | No. C 09-2362 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. / | |

This action is dismissed without prejudice to petitioner filing a new habeas petition if he ever obtains permission to do so from the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 1, 2009

_____
Marilyn Hall Patel
United States District Judge